Keith JUDD; et al., Plaintiffs–Appellants,

v.

**Barack OBAMA, in his capacity as a candidate on the ballot for the U.S. President in 2012 election; et al., Defendants–Appellees.**

No. 12–57177.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2014.\*

Filed Aug. 20, 2014.

Orly Taitz, Esquire, Rancho Santa Margarita, CA, for Plaintiffs–Appellants.

Before: SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

MEMORANDUM \*\*

Appellants appeal from the district court's order striking their complaint and terminating their action alleging fraud in the 2012 presidential election. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Ghazali v. Moran,* 46 F.3d 52, 53 (9th Cir.1995) (per curiam). We affirm.

After careful examination of the record, we conclude that the district court did not abuse its discretion. We reject as meritless appellants' contentions of judicial bias

and that the district court's dismissal violated their constitutional rights.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.